OPINION — AG — ** TAPE RECORDING DEVICES — TAPE RECORDING MACHINES — RECORDING EQUIPMENT ** CLAIMS FOR SOUND RECORDING OR SOUND RE PRODUCING MACHINES, OR FOR SUPPLIES OR REPAIRS FOR SUCH MACHINES, FOR THE USE OF THE COUNTY COURT STENOGRAPHER OR COURT REPORTER REFERRED TO IN 20 O.S. 316 [20-316] THRU 20 O.S. 318 [20-318], MAY 'NOT' LEGALLY BE PAID FROM THE COURT FUND PROVIDED FOR IN 62 O.S. 321 [62-321] CITE: OPINION NO. JULY 19, 1952 — MORRIS, JULY 9, 1953 — BURGER, 62 O.S. 323 [62-323] (COURT FUND ONLY SUCH EXPENSES LAWFULLY INCURRED FOR POSITION OPERATION) (RICHARD M. HUFF)